In the Matter of LEWIS GINSBURG; SAMUEL ADELSON et al. LEE ADELSON et al. v. GEORGE DREYMAN et al.; LEWIS GINSBURG.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. [See *ante*, pp. 888, 899.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SIGURD REVHEIM et al. v. SAMUEL B. SHANKMAN et al.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 865.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (May 12, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust Dated August 15, 1919, Made by WILLIAM W. ASTOR, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN NADELSON, Appellant.— Judgment of conviction unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the People failed to prove the appellant guilty beyond a reasonable doubt. (See *People* v. *Richardson*, 287 N. Y. 563.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL H. FEINSON, as Trustee in Bankruptcy of CHAIN BAKERS, INC., Appellant, v. ABRAHAM SHERMAN, Respondent. (Action No. 1.) SAMUEL H. FEINSON, as Trustee in Bankruptcy of CHAIN BAKERS, INC., Appellant, v. ABRAHAM SHERMAN, Respondent. (Action No. 2.) — Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEON D. KAUFMAN, Respondent, v. BANK OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARY MARRA, an Infant, by LENA MARRA, Her Guardian ad Litem, et al., Respondents, v. ANGELA MOUSOURIS, Doing Business under the Name of WORLD CAMERA EXCHANGE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACK R. BROWN, Appellant, v. NEW YORK WORLD'S FAIR 1939 INCORPORATED, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NEW ENGLAND TRUST COMPANY, as Trustee under the Will of MARY E. WARD, Deceased, Respondent, v. MARY W. C. WILCOX et al., Respondents, MARIE W. HARRINGTON, Defendant-Appellant, et al., Defendants.— Judgment affirmed, with costs to the respondents other than The People of the State of New York. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents.